James A. McKenna (Pro Hac Vice To Be Filed)
Julia Pearce Argentieri (Pro Hac Vice To Be Filed)
**JACKSON LEWIS P.C.**
150 North Michigan Avenue, Suite 2500
Chicago, Illinois  60601
Telephone:  (312) 803-2515
Fax:  (312) 787-4995
McKennaJ@jacksonlewis.com

Robert K. Jones (016228)
**JACKSON LEWIS P.C.**
2398 East Camelback Road, Suite 1060
Phoenix, AZ 85016
Telephone: (602) 714-7044; Fax: (602) 714-7045
JonesR@jacksonlewis.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Marsha Ogletree, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Café Valley, Inc.,<br><br>Defendants. | Case No. 2:16-CV-03881-JJT<br><br>**DEFENDANT CAFE VALLEY, INC.'s CORPORATE DISCLOSURE STATEMENT (Rule 7.1)** |

This Corporate Disclosure Statement is filed on behalf of Defendant Cafe Valley, Inc., in compliance with the provisions of:

 X   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

1      Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental

2      corporate party to a proceeding in a district court must file a statement that

3      identifies any parent corporation and any publicly held corporation that owns 10%

4      or more of its stock or states that there is no such corporation.

5      Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of

6      alleged criminal activity is a corporation, the government must file a statement

7      identifying the victim and the statement must also disclose the information

8      required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

X      No such corporation.

_____Party is a parent, subsidiary, or an affiliate of a publicly owned corporation as

listed below.

_____

_____Publicly held corporation, not a party to the case, with a financial interest in the

outcome. *List identity of corporation and the nature of the financial interest.  (Attach*

*additional pages if needed).*

_____Relationship: _____

_____Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the**

**information provided herein.**

DATED this 17th day of January, 2017.

**JACKSON LEWIS, P.C.**


By:     /s/Robert K. Jones
          Robert K. Jones
          2398 E. Camelback Road, Suite 1060
          Phoenix, AZ  85016

James A. McKenna (Pro Hac Vice To Be Filed)
Julia Pearce Argentieri (Pro Hac Vice To Be Filed)
**JACKSON LEWIS P.C.**
150 North Michigan Avenue, Suite 2500
Chicago, Illinois  60601

Attorneys for Defendant Café Valley, Inc.

3

1

**CERTIFICATE OF SERVICE**

2

3

I hereby certify that on January 17, 2017, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and a copy was transmitted the same date to the following ECF Registrant via electronic mail:

4

5

Russell S. Thompson
Michael Rolland

6

THOMPSON CONSUMER LAW GROUP, PLLC
5235 E. Southern Ave., D106-618

7

Mesa, AZ 85206
rthompson@consumerlawinfo.com

8

mrolland@consumerlawinfo.com
Attorneys for Plaintiffs

9

10

By: */s/ Debbie Mattatall*

11

12

4841-4966-4320, v. 1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4