NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marsha Ogletree,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Cafe Valley Incorporated,<br><br>　　　　Defendant. | No. CV-16-03881-PHX-JJT<br><br>**ORDER** |

At issues is the parties' Joint Notice of Class Settlement and Motion to Stay Deadlines (Doc. 30) Upon review and good cause appearing;

IT IS HEREBY ORDERED granting the Motion to Stay (Doc. 30) and staying the remaining deadlines in the Court's March 3, 2017 Scheduling Order (Doc. 23).

IT IS FURTHER ORDERED that the parties shall submit a joint motion for conditional class certification and preliminary approval of class settlement no later than October 6, 2017.

Dated this 31st day of August, 2017.

Honorable John J. Tuchi
United States District Judge