NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marsha Ogletree,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Cafe Valley Incorporated,<br><br>　　　　　Defendant. | No. CV-16-03881-PHX-JJT<br><br>**ORDER** |

At issue is the parties' Joint Motion for Extension of Time to File Joint Motion for Conditional Class Certification and Preliminary Approval of Class Settlement (Doc. 32). Upon review and good cause appearing;

IT IS HEREBY ORDERED granting the Joint Motion (Doc. 32). The parties have until October 16, 2017, to submit a joint motion for conditional class certification and preliminary approval of class settlement.

Dated this 5th day of October, 2017.

Honorable John J. Tuchi
United States District Judge