NOT FOR PUBLICATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Marsha Ogletree, | No. CV-16-03881-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Cafe Valley Incorporated, | |
| Defendant. | |

At issue is the parties' Joint Motion for Leave to File Excess Pages for the Parties Joint Motion for Conditional Class Certification and Preliminary Approval of Class Settlement (Doc. 36).

Although the Court grants the parties' Motion for Leave (Doc. 36), the Court is troubled by the parties' failure to seek this Court's permission to file its over-length brief until two days after the brief was filed.[1] Local Rule 7.2(e)—as with all Local Rules—is a rule of permission, not of forgiveness. Future delay by the parties in seeking leave to file over-length briefing may result in the Court striking the brief.

---

[1] The parties are further advised to comply with to procedures in the District of Arizona's Electronic Case Filing Administrative Policies and Procedures Manual when filing over-length briefing. *See* Electronic Case Filing Administrative Policies and Procedures Manual § II.H, http://www.azd.uscourts.gov/sites/default/files/documents/adm%20manual.pdf.

1     **IT IS HEREBY ORDERED** granting the parties' Joint Motion for Leave to File

2    Excess Pages (Doc. 36).

3        Dated this 20th day of October, 2017.

Honorable John J. Tuchi
United States District Judge