NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marsha Ogletree,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Cafe Valley Incorporated,<br><br>　　　　　Defendant. | No. CV-16-03881-PHX-JJT<br><br>**ORDER** |

At issue is Class Counsel's Unopposed Motion for Attorney's fees and Litigation Expenses (Doc. 51). In connection with the class action settlement granted final approval by the Court on February 7, 2018 (Doc. 48), the Thompson Consumer Law Group, PLLC (hereinafter "Class Counsel") seeks the sum of $64,935.00 to be paid by the defendant, Café Valley, Inc. This amount consists of $64,410.00 in attorney's fees performed by three attorneys and $525.00 in litigation expenses incurred in this matter. The Court has reviewed the motion, and all documents submitted in support thereof, including Class Counsel's itemized time sheets and expenses and its affidavit regarding the attorneys for whom the motion seeks reimbursement.

The Court finds that Class Counsel is entitled to an award of reasonable attorney's fees and expenses in connection with the approved settlement. *See* Fed. R. Civ. P. 23(h); *Yeagley v. Wells Fargo & Co.*, 365 F. App'x 886, 887 (9th Cir. 2010). The Court further finds that the 178.6 hours of work performed by attorneys were reasonably spent on this matter. The Court further finds that the hourly rates requested by Class Counsel

1  ($400/hour for partner Russell S. Thompson IV; $400/hour for attorney Joseph Panvini;
2  $350/hour for attorney David N. McDevitt) are reasonable, given the experience,
3  reputation and ability of those for whom the rates are sought, the outcome of the
4  representation, the customary fees charged, and the novelty or difficulty of the issued
5  presented in this matter.

6  The Court further finds that the $525 in expenses for which reimbursement is
7  sought were reasonably and necessarily incurred.

8  **IT IS THEREFORE ORDERED** that Defendant Café Valley, Inc. shall pay
9  $64,935.00 ($64,410.00 in attorney's fees and $525.00 in litigation expenses) to the
10 Thompson Consumer Law Group, PLLC.

11 Dated this 13th day of April, 2018.

_____
Honorable John J. Tuchi
United States District Judge